STATE OF MAINE                                    SUPERIOR COURT
YORK, SS.                                       CIVIL ACTION
DOCKET NO. CV-12-246

JON —YoR- 2/28/2013

| | | |
|---|---|---|
| KEVIN'S ELECTRIC, INC., | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LBM FINANCIAL, LLC, | ) | |
| | ) | |
| DEFENDANT | ) | |

     After hearing on damages on Plaintiff's Complaint, a default having been entered against the Defendant by the Clerk on November 6, 2012, Judgment is entered for the Plaintiff against the Defendant in the amount of $10,000.00, together with statutory interest accruing from __9/27/12__ and its costs. In addition, the Plaintiff is awarded its attorney's fees incurred in connection with the prosecution of this claim in the amount of $ _2,431.74_ and for such other attorney's fees that the Plaintiff might incur in connection with the enforcement of this Judgment of foreign jurisdiction based upon the Defendant fraudulently inducing the Plaintiff into settlement, occasioning the dismissal of the claim brought in the matter of _Kevin's Electric, Inc. vs. Atlantic Park, LLC, et al.,_ Civil Action, Docket No. BID RE-08-026 filed in the Tenth District Court, the Court finding that the Defendant entered into the settlement agreement in bad faith and fraudulence, never intending to comply with its terms and resulting in attorney's fees on the direct and seeking to enforce the judgment on the direct. The attorney's fees incurred here and in further pursuit are found to be damages that were both foreseeable and contemplated by the parties as a result of any breach of their settlement agreement. _Maine Rubber Intern. v. Environmental Maintenance Group, Inc.,_ 324 F. Supp 2d 32.

DATED: __2/28/12__                             _____

                                          JUSTICE, SUPERIOR COURT

ATTORNEY FOR PLAINTIFF:
THOMAS DANYLIK, ESQ.
WOODMAN EDMANDS DANYLIK AUSTIN SMITH & JACQUES, P.A.
234 MAIN STREET
P.O. BOX 468
BIDDEFORD, ME 04005-0468

ATTORNEY FOR DEFENDANT:
LBM FINANCIAL LLC, **PRO SE**
171 LOCKE DRIVE, #114
MARLBOROUGH, MA 01752-7225